There is a question raised as to whether the trial court granted certain extension of time; but this need not be considered for, if the trial judge granted the extension as contended by appellant, the bills nor the statement of facts were not filed within 90 days from the entry of final judgment in this cause, and the trial judge could not grant more time than that under the law.

No question is raised in the motion for a new trial we can consider in the absence of a statement of facts and bills of exception; therefore the judgment is affirmed.

---

## LEWIS v. STATE.

(Court of Criminal Appeals of Texas. Feb. 18, 1914.)

Appeal from Ellis County Court; J. C. Lumpkins, Judge.

Arthur Lewis was convicted of selling intoxicants in prohibition territory, and appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was prosecuted and convicted of the offense of selling intoxicating liquor in prohibition territory, it being a misdemeanor in Ellis county. No statement of facts nor any bills of exceptions accompany the record; therefore no question is presented we can review.

Affirmed.